UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KHRISTOPHER WATKINS** | **CIVIL ACTION NO. 24-cv-00112** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DANNY SEMMES, et. al.** | **MAGISTRATE JUDGE LeBLANC** |

# ORDER

Considering Plaintiff's Motion for Leave to File FOURTH Amended Complaint [Doc. 13],

IT IS ORDERED that the motion is GRANTED, and, accordingly, the clerk of court shall file into the record Plaintiff's Fourth Amended Complaint [Doc. 13, att. 3] and shall issue summons in connection therewith to Eduardo Mendoza and The City of Jennings.

SO ORDERED at Lake Charles, Louisiana, this 25th day of June, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE