# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **KHRISTOPHER WATKINS** | **DOCKET NO. 2:24-cv-00112** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DANNY SEMMES, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R&R") of the Magistrate Judge previously filed herein [Doc. 23], determining that the findings are correct under the applicable law, and noting the absence of objections to the R&R in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Voluntary Motion to Dismiss Defendants Derek Bisig, Clarence Cormier, Pamela Fruge, Chris Gallow, Daniel Guinn, Steve Gunnel, Danny Semmes, Ivy Woods, Jefferson Davis District Attorney's Office, and the Jefferson Davis Police Jury [Doc. 17] be **GRANTED** and these defendants be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Jennings Police Department is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 22nd day of September, 2025.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**